IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ralph Edward Fithen, :
:
    Plaintiff(s), :
: Case Number: 1:15cv213
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen Litkovitz filed on April 6, 2016 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 25, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is REVERSED and the matter is REMANDED for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court